**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PAULINO TAPIA-ORTIZ; INES TAPIA, | No. 12-70276 |
| Petitioners, | Agency Nos.  A075-478-839 |
| v. | A075-478-840 |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted August 14, 2013[**]

Before:    SCHROEDER, GRABER, and PAEZ, Circuit Judges.

Paulino Tapia-Ortiz and Ines Tapia, natives and citizens of Mexico, petition

for review of the Board of Immigration Appeals' ("BIA") order denying their

motion to reopen removal proceedings based on ineffective assistance of counsel.

We have jurisdiction under 8 U.S.C. § 1252.  We review for abuse of discretion the

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

denial of a motion to reopen, and review de novo questions of law. *Mohammed v. Gonzales*, 400 F.3d 785, 791-92 (9th Cir. 2005). We deny the petition for review.

The BIA did not abuse its discretion in denying petitioners' motion to reopen because they failed to show they were prejudiced by their counsels' performance. *See Rojas-Garcia v. Ashcroft*, 339 F.3d 814, 826 (9th Cir. 2003) (presumption of prejudice rebutted where petitioner cannot establish plausible grounds for relief).

Petitioners' contentions that the BIA did not properly address their ineffective assistance of counsel claim and failed to consider all the evidence presented in their motion are not supported by the record.

In light of this disposition, we do not reach petitioners' remaining contentions.

**PETITION FOR REVIEW DENIED.**